ORIGINAL

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| RALEIGH MERRIAM SELBY III<br>a.k.a. Trey Selby | 3-20CR0074-M |

## FACTUAL RESUME

In support of Raleigh Merriam Selby III's plea of guilty to the offense in Count One of the Information, Selby, the defendant; Scott Parker, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Information, charging a violation of 18 U.S.C. § 922(a)(1)(A), that is, engaging in the business of dealing in firearms without a license, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant was a person engaged in the business of selling firearms at wholesale or retail on September 23, 2019;

*Second.*   That the defendant engaged in such business without a license issued under federal law; and

*Third.*   That the defendant did so willfully, that is, that the defendant was dealing in firearms with knowledge that his conduct was unlawful.

---

[1] Fifth Circuit Pattern Jury Instruction (Crim.) 2.43A (5th Cir. 2015).

## STIPULATED FACTS

1. Raleigh Merriam Selby III admits and agrees that on October 7, 2019, in the Dallas Division of the Northern District of Texas, he engaged in the business of selling firearms at wholesale or retail without a license issued under federal law and that he did so with knowledge that his conduct was not lawful, in violation of 18 U.S.C. § 922(a)(1)(A).

2. Federal law requires members of the public who receive a firearm from a federal firearms licensee ("FFL"), such as through a purchase or transfer, to complete ATF Form 4473 and attest to its accuracy. Form 4473 has many purposes, including to ensure that a firearm purchaser is not prohibited by federal law from possessing firearms and that the person purchasing the firearm is the actual transferee of the firearm, that is, not a straw purchaser who is actually planning to transfer the firearm to another person. Additionally, Form 4473 informs a person that "the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law," and it requires the person completing Form 4473 to certify his or her understanding of that, among other things.

3. In September 2018, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") initiated an investigation to determine whether unlicensed firearms dealers were engaged in the business of dealing in firearms at Dallas-area gun shows.

4. On October 7, 2018, Selby rented space that the Mesquite Rodeo Gun Show located at 1818 Rodeo Drive, Mesquite, Texas, in the Dallas Division of the Northern District of Texas. Selby, along with another person, displayed numerous new

guns for sale. ATF Special Agent Benton, acting in an undercover capacity, purchased a Glock, Model 43, 9 millimeter pistol (serial number BHVL444) for $500 using ATF funds.

5. On October 14, 2018, Selby and another person rented tables at the Big Town Gun Show at 2323 Big Town Boulevard, Mesquite, Texas, in the Dallas Division of the Northern District of Texas. ATF Task Force Officers ("TFOs") Schroeder and Hock, acting in an undercover capacity, discussed the firearms with the other person. TFO Schroeder negotiated with the other person to purchase a Smith and Wesson, Model M&P Shield, .40-caliber pistol (serial number HWY6321) and did purchase the pistol for $350 using ATF funds. Although Selby was not present during negotiations, he consented to the sales price in a phone call with the other person. Selby also arrived during the transaction to provide change to TFO Schroeder. When TFO Hock advised Selby that he was looking for a certain 9 millimeter pistol for his wife, Selby walked across the aisle to another vendor's table, obtained a price for a firearm from that other vendor, and then offered to obtain the pistol and sell it to TFO Hock if he wanted.

6. On October 21, 2018, Selby and the same other person rented tables at the Will Rogers Coliseum Gun Show at 3401 W. Lancaster Avenue, Fort Worth, Texas. ATF Special Agents Benton and Camune made contact with the other person to inquire about buying a rifle and were told that the rifle cost $650. When Agent Benton asked if he would take $600, the other person explained that the rifle belonged to his "partner" and called Selby to ask about the price. Selby then arrived at the table, introduced himself as the owner of the gun, and said he would not accept less than $650 for the rifle

because of the amount of money he had invested in it. Agent Benton purchased a Palmetto State Armory, Model PA-15, .300 blackout rifle (serial number P1045576) for $650, using ATF funds.

7. On November 18, 2018, Selby rented tables and displayed firearms for sale at the Big Town Gun Show. ATF Special Agent Garber, acting in an undercover capacity, engaged Selby in conversation about an FN 5.7 pistol (serial number 38631169) displayed for sale on the table. Agent Garber purchased the FN 5.7 pistol from Selby for $900, using ATF funds. During the transaction, Selby made an offer to purchase from TFO Hock an FN 9 millimeter pistol and a Glock 9 millimeter pistol for a total of $725.

8. On December 6, 2019, ATF agents executed a federal search warrant authorizing the search and seizure of evidence at Selby's residence pertaining to Selby's engagement in the business of dealing in firearms without a federal license. Among other things, agents seized the firearms listed in Attachment 1 to the Plea Agreement.

9. Selby acknowledges that he regularly and repeatedly sold firearms for profit and livelihood and that he did so with knowledge that such activities were unlawful without a federal firearms license. Because he did not have a federal firearms license, Selby did not request or require the completion of ATF Form 4473 on any firearm that he sold to ensure that the buyer of firearms was not prohibited by law from possessing firearms.

10. Selby agrees that he committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts

is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Information.

AGREED TO AND STIPULATED on this 12th day of February, 2020 ~~2019~~.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
Raleigh Merriam Selby III
Defendant

_____
Damien M. Diggs    *Brian McKey for*
Assistant United States Attorney
D.C. Bar No. 501-552
1100 Commerce Street, Room 300
Dallas, Texas 75242
Tel: 214-659-8629
Email: damien.diggs@usdoj.gov

_____
Scott Parker
Attorney for Defendant

Factual Resume—Page 5